STEWART *v.* BOARD OF COMMISSIONERS OF ECHOLS COUNTY.

GRICE, Justice. 1. The overruling of a demurrer by a defendant to a petition seeking to condemn land does not present a case respecting title to land, so as to vest jurisdiction in the Supreme Court of a bill of exceptions assigning error on such ruling. Compare *Drawdy* v. *Musselwhite,* 150 *Ga.* 723 (105 S. E. 298); *Bond* v. *Reid,* 152 *Ga.* 481 (110 S. E. 281; *Grobli* v. *Foreman,* 171 *Ga.* 712 (156 S. E. 122); *Adams* v. *Bishop,* 174 *Ga.* 262 (162 S. E. 531); *Radcliffe* v. *Jones,* 174 *Ga.* 324 (162 E. 679); *Jones* v. *Windham,* 176 *Ga.* 619 (168 S. E. 6).

2. One ground of demurrer was as follows: "This respondent demurs and moves to dismiss the declaration, on the ground that it contravenes and violates the constitution of Georgia, article 1, section 3, paragraph 1." This was insufficient to give to this court jurisdiction of a bill of exceptions in which error is assigned on the overruling of the demurrer. Compare *American Mills Co.* v. *Doyal,* 174 *Ga.* 631 (163 S. E. 603); *Dunn Motors Inc.* v. *General Motors Acceptance Cor.,* 174 *Ga.* 743 (163 S. E. 906); *Thompson* v. *State,* 174 *Ga.* 804 (164 S. E. 202); *United States Fidelity & Guaranty Co.* v. *Edmondson,* 174 *Ga.* 895 (164 S. E. 773); *Western & Atlantic Railroad* v. *Leslie,* 176 *Ga.* 385 (168 S. E. 15); *Felker* v. *Still,* 176 *Ga.* 735 (169 S. E. 15); *Gormley* v. *Searcy,* 179 *Ga.* 389 (175 S. E. 913); *Payne* v. *State,* 180 *Ga.* 609 (180 S. E. 130); *Silas* v. *State,* 181 *Ga.* 744 (184 S. E. 318); *Jollie* v. *Hughes,* 184 *Ga.* 860 (193 S. E. 769); *Hodges* v. *Seaboard Savings & Loan Association,* 186 *Ga.* 845 (199 S. E. 105); *Head* v. *Edgar Brothers Co.,* 187 *Ga.* 409 (200 S. E. 792); *Abel* v. *State,* 190 *Ga.* 651 (10 S. E. 2d, 198); *Jones* v. *State,* 190 *Ga.* 654 (10 S. E. 394).

*Transferred to the Court of Appeals. All the Justices concur.*

No. 13740. MAY 14, 1941.

*W. George Thomas* and *George D. Stewart,* for plaintiff in error. *Langdale, Smith & Tillman,* contra.